RECEIVED
JAN 09 2019
BY MAIL

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
_____DIVISION

Charles Pointer )
)
)
)
Plaintiff(s), )
)
v. Walmart corpocation )    Case No. _____
Johanna hiring coocdin )    (to be assigned by Clerk of District Court)
ator )
Rick shipping and recev )    JURY TRIAL DEMANDED
ing manager )
)    YES [X]   NO [ ]
Defendant(s).  (Enter above the full name(s) )
of all defendants in this lawsuit. Please )
attach additional sheets if necessary.) )

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.  This employment discrimination lawsuit is based on (check only those that apply):

[X]  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq*., for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

[X]  Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq*., for employment discrimination on the basis of age (age 40 or older). **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

[X]  Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq*., for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

Plaintiff is suing Walmart corp under vicarious liability and is holding them responsible for the unlawfull actions of Johanna hiring coordinator and Rick shipping and w ceiling manager. Plaintive is suing both in their official capacity but is suing the corporation because defendants are not held liable for their actions and cannot afford to pay the costs of damages against Plaintiff.

Richard Lynch is the name
of the shipping and receiving manager
who took Pointer on a tour of the
working area. He no longer works
in the shipping and receiving
area. The hiring coordinator miss.
Johanna told plaintiff this informat-
ion. They call him Rick.

Charles Pointer
Plaintiff

1-8-2019

Please note: I can only
appear in court on a Tuesday
or Thursday. I take my
dialysis treatments on the other
three days from 6:30 am to 11:30
am.

_____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

_____ Other (Describe)

## PARTIES

2.   Plaintiff's name:   Charles Pointer

Plaintiff's address:   4771 Maffit
Street address or P.O. Box

St. Louis MO 63113
City/ County/ State/Zip Code

314-359-3532
Area code and telephone number

Rick - shipping
and receiving manger
Walmart Corp
3.   Defendant's name:   Johanna - hiring coordinator   Walmart corporation

Defendant's address:   1202 S Kick Wood Rd
Street address or P.O. Box

Kick Wood, MO 63122
City/County/State/ Zip Code

314-835-9406
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)                (City/County)              (State)    (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

_____ NOVember 12, 2018 _____

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri

Commission on Human Rights?

    ☒ Yes     Date filed: Dec 7, 2018

    ☐ No

7. Did you file a charge of discrimination against the defendant(s) with the Equal

Employment Opportunity Commission or other federal agency?

    ☐ Yes     Date filed: _____

    ☐ No

8. Have you received a Notice of Right-to-Sue Letter?

    ☒ Yes                    ☐ No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the

Equal Employment Opportunity Commission.

X fewer than 60 days have passed since I filed my charge of age discrimination with the

Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10.   The conduct complained of in this lawsuit involves (check only those that apply):

X   failure to hire me

_____   termination of my employment

_____   failure to promote me

X   failure to accommodate my disability

X   terms and conditions of my employment differ from those of similar employees

_____   retaliation

_____   harassment

_____   other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

[X] Yes                    [ ] No

4

## III.    Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1.    What happened to you?
2.    When did it happen?
3.    Where did it happen?
4.    What injuries did you suffer?
5.    What did each defendant personally do, or fail to do, to harm you?

Plaintiff is suing walmart corporation and is using vicarious liability in this cause of action against the walmart corporation because Defendant Johanna employment coordinato and Rick Shipping and receiving manager cannot be held liable for discriminating against plaintiff, Plaintiff applied for a job at walmart on Nov 12, 2018, Plaintiff met the minimal requirements and qualifications described in the job description, plaintiff was african american with a disability above the age of 40 when plaintiff applied for the job. Johanna, hiring coordinator told Plaintiff by the score he made on the machine test he could not work good with people. This incident took place at walmart 1202 S kirk wood missouri, 63122

## IV.    Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

IV Pages IV  Relief

1. Plaintive is seeking make me
whole
Plaintive wants to be placed
in a situation he would
not been in if discrimination
would not have taken place.
Give him a job like greeting
customer coming into the
store or putting goods on
the shelves.

Compensatory damages
of $ 1,000,000 dollars for
pecuniary lose, emotional
pain, suffering, inconvenien
ce, mental anguish, lose
of enjoyment of life and
other non pecuniary losses
$ 1,000,000

punitive damages cause of
action for damages was
shown when the employer
's action was malicious
and done with reckless indif

force to federally protected
rights to employee.
$ 1,000,000.

Front Pay

$32,160 , front pay he would
have made if given a
job when he first applied
for the job working his
first year.

Front pay damages

$11 dollars an hour
8 hours per hours
$88 dollars a day

$88
 30 days a month
 00

 264
$2,640 a month

$2680 a month
 12 months equals a year

 5360
2680
32,160 a year plaintiff would
have made his first
year.

Page 2 statement of claim

Plaintiff disagreed with this qualification to say he could not work with people because it did not measure performance. Plaintiff was not given an opportunity to work with customers to see how good he would perform in that work capacity. About 10 years ago Plaintiff worked at office Max waiting on customers who came into the store to buy products. He with other associates filled their shopping needs. Office Max did not give Plaintiff a test to see if he could do the work. They judged Plaintiff by performance.

In Griggs V. Duke Power co. 401 U.S. 424 (1971) it stated title VII proscribes not only overt discrimination but also practices that are fair in form but discriminatory in operation. The touch tone is business necessity if an employment practice which

Pag 3

operates to exclude negroes
cannot be shown to be related
to job performance the
practice is prohibited. taken
from the book Employment
Law for Business Dawn D
Bennett Alexxander, Laura
pHartman, p 582.

plaintiff was called back
to the personnel office to see
if plaintiff could work on
the dock taking goods off
the trucks and johanny
hiring coordinator called
Rick the shipping and rec-
eiving manager in to her
office and introduced Rick to
plaintiff. Defendant Rick
took plaintiff on a tour of
the facility and during the
tour plaintiff told him he
was on dyalysis treat
ments from 6:30 am to
11:am but it would not

page 4

interfere with his work
schedule at Walmart.,

Rick said," Charles your
treatment shedule would not
keep you from working in
the shipping and receiving
Department,"

after the tour Rick went
into the office and spoke
to the hiring menager
Miss Johanna. Johanna called
Plaintiff into her office,
after speaking to Rick and
said," charles you are not
a fit for the job, you would
be too slow working in
a fast-paced work place
taking products Off the
truck and placing products
on the shelves,"

Plaintiff said," The test

5

you gave does not measure performance.

She said "Charles you have to wait six months to apply for another job at the company."

The only way Miss. Johanna could say Plaintiff would be too slow doing the job working in shipping and receiving was because of what Rick told her about Plaintiff being on dialysis.

Plaintiff never told Miss. Johanna he was on dialysis. Plaintiff was discriminated against because of his disability.

Plaintiff works part time at the southside clinic from 5:PM to 9:PM

6   cleaning waiting rooms at a fast pace and the treatments have not kept him from doing the work. Plaintiff received an outstanding service award and employee of the month for his contribution to the work cite.

There was no non-discriminatory reason given for not hiring plaintiff

They knew plaintiff was on dialysis but judged plaintiff by his performance at their facility. Plaintiff have worked there for the passed two years.

The employer went on to hire younger employees and his next cause of action

is age discrimination because Defendant hired people younger than plaintiff and the elements of age discrimination are:

1. The employee is in a protected class and was over the age of 40. Plantiff was over the age of 40 and was black.

2. She or he was not hired. The employer made an employment desision that adverly affected the employee not getting hired. Plantiff did not get hired,

3. The employee was doing his other job well enough to meet hor employer's legitimate expectations.

Plantiff met the requirements and qualifications described in Respondents job description and continued to hire younger candidates who not African Americans to fill shipping and receiving

8 positions.

Plaintiff told Defendant
he worked at Office
Max, many years ago and
getting merchandise
waiting on customers
for over a year, plaintiff
helped remodeled a store
on olive street Road. Because
of plaintiff's work, he was
sent to the office Max
Store on manchester
and became a sales
associate waiting on
customers, and getting
merchandise out of
the warehouse to fill
orders for customers.
No tests was given
to work at their store.
They judged you by
performance. No non
discrimmatory Reason was
given for not hiring
plaintiff.

9

This unlawful action made it difficult to pay his bills. He already worked part time. By working at Wal mart full time in the evenings from 1pm to 10pm, he would have more hours to make enough money to pay his bills.

The act of job discrimination falls under the case

McDonnel Douglas corp v Green 411 U.S. 792 (1973) for the following reasons:
1. First he belong to a racial minority. Pointer was African american
2. that he applied and qualified for the job he was seeking

10

applicants

plaintiff met the minimum requirements of the job. plaintiff worked at office max many years ago as a sales associate waiting on customers at office max and helped set up the store before it was opened and was sent to the manchester store to work after the olive store opened up. pointer took business courses for example: Introduction to Business, Business Management, Economics, Accounting and Statistics. plaintiff was not given a test to see if he could do the work. plaintiff was judged on how he performed the job.

4.

2. that after his rejection the position remained opened, and the employer continued to seek applicants from persons complaintant's qualifications, plaintiff saw Defendant hiring other employees at the same time he was rejected who were going to be hired instead of plaintiff.

4. Plaintiff was not given a non-discriminatory reason for not being hired as a shipping and receiving worker at Walmart.

Disparate treatment took place when a white employee came into personnel and asked for an accommo-

12

dation. She indicated her hands shaked when counting money and asked Johanna, hiring coordinator could she have a stood to sit on when waiting on customers purchazing their goods. Miss Johanna immediately made plans to get her a stool. If plaintiff who was black was considered too slow Miss Johanna could have given him another job in the company. It doesn't take much mental skills to place can goods on a shelf or when customers ask associates where are products located at in the store. Plaintiff received a good education to qualify him for the shipping and receiving job and had no

13

physical barriers to keep him from unloading goods off the trucks. Defendant kept on hiring people after they didnot hire him.

When addressing the issue of disparate impact of screening devices subjective and objective criteria are a concern objective criteria are factors that are able to be euanified by anyone such as whether the employee made a certain score on a written exam page 104 Employ Law for Business, Hartman, Alexander

Miss. Johanna hiring coordinator said plaintff made a score

12)

on the test, which indicated he could not work good with people. Plaintiff was a counselor at the St. Louis Job Corps Center located at 4300 Goodfellow and held counseling sessions with his 40 boys who came from disadvantaged backgrounds and several of them were gang members. Plaintiff had a master of of science degree in counseling education from Southern Illinois University at Edwardsville, Ill class of 1975. Plaintiff had no problems working in this job capacity.

Subjective criteria are instead futtors based on some one's personal thoughts or ideas (a supervisors opinion as to whether the employee being considered for promotion is compatible

15

15.
with the work place
Rick the shipping and
receiving manager took
Plaintiff on a tour of
the shipping and receiving
area. plaintiff told Rick
he was on dialysis but
he could still work the
evening shift from 1pm
to 9 pm and the treat
ments would not inter
fere with the work
schedule. Miss, Johanna
spoke to Rick and he
left her office. and
said nothing to Plainti-
ff,

Miss Johanna, hiring
coordinator said to
Plaintiff, "Charles I dont
think you would be a
right fit for the position,
You would be too slow
out there. It is a
fast paced job at mos
phere out there on

16

the shipping and receiving dock.

In it all it was suspect-ed that subjective criteria could not be the basis

for disapute impact claims since the supreme court cases had only involved objective factors such as height and weight, educational requirements, test scores page 104, Hartman-Alexander

In Watson V. Forty bank the supreme court for the first time determined that subject-ive criteria could also be the basis for a disparate impact claim. page 104

17)

By miss johanna saying
plaintiff was not afit
and would be too slow
on the dock constituted
a subjective criteria
for a disparate impact
claim based on what Rick told her.

In watson a black
employee had worked
for the bank for years,
and was constanly pass
ed over for the bank
for years and was constant
ly passed over for promotion
in favor of white employ
ees,

she eventually brought
suit aleging racial
discimination in that the
bank is subjective promotion
had a disparate impact
upon black employees,

The bank's subjective

18

Promotion policy had a
disparate impact upon
breven employees. The banks
policy was to promote
employees based on the
recommendation of the
supervisor's ( all of whom
were white, The Supreme
Court held that the disparate
impact analysis could indee
d be used in determination
in a subjective criteria
cases

Here, Rick the manager
of shipping and receiving
spoke to Miss. Johanna
Frist without plaintiff
witnessing what he said
to her about plaintiff,
Johanna used subjective
criteria from what Rick
told her to not hire

14

Plaintiff by saying he
was not a fit for
the job and that the
loading dock is a fast
paced working area and
that he would be too
slow to perform the
work. Plaintiff was not
given an opportunity
to perform the job to
see if he could work at
a fast pace or not.
It was based on sub
jective criteria leading
to disparate impact
against Plaintiff.

What Rick told Johanna
imparted the decision making
process for her not to hire
Plaintiff to work in the
shipping and receiving
department at Walmart.

Plaintiff brought a claim
of disability by saying

29

the following:

(1) That she or he is disabled

Plaintiff is currently on dialysis at Divita on monday Wednesday, and Friday from 6:30 to 11:30 am.

(2) That he or she is qualified for the job Plaintiff was able to do the job.

If an accommodation is required that the accommodation is reasonable. plaintiff was not given the opportunity to perform the job to see if he needed an accommodation or not.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Charles Pointer
Street Address — 4771 Maffit
City and County — St. Louis MO 63113
State and Zip Code — MO 63113
Telephone Number — 314 059 3532
E-mail Address — charles pointer 363 @ yahoo.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name — Walmart corporation
Job or Title — # 15 a wel, poc a tion
Street Address — 1202 S. Kirkwood 63122
City and County — Kirkwood, MO
State and Zip Code — MO 63122
Telephone Number — 314 836-9406
E-mail Address —

Jeromma hiring woodington Rick shipping and receiving manager

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A.    Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1964 civil rights Bill
USC4 1481
age care, diability in violation of the civil rights
act of 1964, age dis termination in Employment act and
americans with disabilities act (ADA) as amended

### B.    Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

### C.    Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.    The Plaintiff(s)

The plaintiff, *(name)* Charles Pointer , is a citizen of the State of *(name)* MO .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2.     The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____ , is a citizen

of the State of *(name)* _____ *Or* is a citizen

of *(foreign nation)* _____ .

If the defendant is a corporation

The defendant, *(name)* _Wal Wart_ _____ .

is incorporated under the laws of the State of *(name)*

_MO_ _____ , and has its principal place of

business in the State of *(name)* _MO_ _____ *Or*

is incorporated under the laws of the State of *(foreign nation)*

_____ , and has its principal place

of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.     The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s)
owes or the amount at stake----is more than $75,000, not counting interest and
costs of court, because *(explain)*:

4

11.  I believe that I was discriminated against because of my (check all that apply):

_X_  race

____  religion

____  national origin

____  color

____  gender

_X_  disability

_X_  age (birth year is: _____ )

____  other:


Did you state the same reason(s) in your charge of discrimination?

   [X] Yes                    [ ] No

12.  State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

(Continue to page 6, if additional space is needed.)

5

13.   The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☐ are no longer being committed by the defendant.

☒ may still be being committed by the defendant.

### REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you.  Make no legal arguments;

cite no cases or statutes.  make me whole again: give plantiff job us a gieotei or plucing products on the shelves

$1,000,000 punitive damages

1,000,000 pumtive damages

$32,160 front pay

14.   Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

7

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☑   No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☑   No ☐

Do you claim punitive monetary damages?

Yes ☑   No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the
amounts claimed and the reasons you claim you are entitled to recover these damages.

*32,160 front pay damages he would have made the first year*

*100,000 punitive damages*

*1,000,000 compensatory*

*make me whole damages*

*1,000,000 mental anguish, pain and suffering*

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related
papers may be served. I understand that my failure to keep a current address on file with
the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___8___ day of ___January___, 20 _19_.

Signature of Plaintiff(s) _Charles J Center_

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __8__ day of __January__, 20_19_.

Signature of Plaintiff _Charles Painter_

8