**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **CHARLES POINTER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:19-CV-28 PLC |
| | ) |
| **WALMART CORPORATION,** | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's motion to dismiss the case with prejudice. [ECF No. 42]  Plaintiff states: "This case has been settled between the two parties." Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to dismiss the case with prejudice [ECF No. 42] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's "Motion for Extension of Time to Turn in Rule 26 Computation[s]" [ECF No. 38] and "Motion to Have an Extension of Time to Turn in Rule 26 Computation[s]" [ECF No. 39] are **DENIED** as moot.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of August, 2019